# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.*
*The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

\* *Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,*
*Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                                          Period Ending 12/18/2020    Pay Date 12/31/2020

Christopher J Curry                Organizational Unit Name: TR Wayne Co                      CDC Code: 0008888
117 Historic Drive                 B/U: J1   Group: 04   Level: 11
Lakeville, PA 18438                FWT Marital Status: S
                                   No. Exemptions / Allowances: 01

| GROSS EARNINGS YEAR TO DATE | | 20,121.45 |
|---|---|---|
| **NET PAY** | | **THIS PAY** |
| THE DIME BANK | | 1,346.80 |
| **TOTAL NET** | | **1,346.80** |

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Normal working hours | 22.50 | 22.15 | 498.37 |
| OT 1.0 | 0.50 | 22.15 | 11.08 |
| OT 1.5 | 3.50 | 33.23 | 116.31 |
| SDiff 1.0 | 0.50 | 1.15 | 0.58 |
| SDiff 1.5 | 3.50 | 1.73 | 6.06 |
| SDiff 1.0-Mandated | 22.50 | 1.15 | 25.88 |
| Emergency Sick | 52.50 | 22.15 | 1,162.88 |

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| Federal Withholding Tax | 163.81 | 1,732.64 |
| TX EE Social Security Tax | 109.57 | 1,210.29 |
| TX EE Medicare Tax | 25.62 | 283.05 |
| State Withholding-State of Pennsylv | 54.25 | 599.30 |
| TX EE Unemployment Tax | 1.09 | 12.07 |
| AFSCME - 13 Union Dues | 24.92 | 265.77 |
| State Emp Ret | 41.14 | 1,164.15 |
| EE PreTx MED Pct | 41.53 | 460.10 |
| MED Buy Up/Base Cost | 12.43 | 140.61 |
| **TOTAL DEDUCTIONS** | **474.36** | **5,867.98** |

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|
| **TOTAL REIMBURSEMENTS** | | |

| **TOTAL EARNINGS** | | | 1,821.16 |
|---|---|---|---|

**SERVICE CREDIT**    06 YR   22 PP

### SENIORITY INFORMATION
Bargaining Unit Days: AFSCME AGREEMENT 1837.00

| EMPLOYER PAID BENEFITS | THIS PAY |
|---|---|
| TX ER Social Security Tax | 37.47 |
| TX ER Medicare Tax | 25.62 |
| ER Basic Life | 4.16 |
| State Emp Ret | 167.66 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 44.68 |
| PR Choice PPO | 502.00 |
| **TOTAL BENEFITS** | **1,011.59** |

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 47.72 | 4.81 | 0.00 |
| Accrual This PP | 5.49 | 3.18 | 0.00 |
| Absence Reported This PP | 0.00 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 53.21 | 7.99 | 0.00 |

ACCRUAL RATE: ANNUAL   7.32 % SICK   4.24 %

FWT Taxable Gross:   1,726.06

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.
The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

\* *Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,
Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                                    Period Ending 01/01/2021    Pay Date 01/15/2021

Christopher J Curry            Organizational Unit Name: TR Wayne Co               CDC Code: 0008888
117 Historic Drive             B/U: J1  Group: 04  Level: 11
Lakeville, PA 18438            FWT Marital Status: S
                               No. Exemptions / Allowances: 01

| | THIS PAY | YTD |
|---|---|---|
| GROSS EARNINGS YEAR TO DATE | | 1,767.62 |
| NET PAY | THIS PAY | |
| THE DIME BANK | 1,235.64 | |
| TOTAL NET | 1,235.64 | |

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Normal working hours | 58.00 | 22.15 | 1,284.69 |
| OT 1.0 | 1.00 | 22.15 | 22.16 |
| OT 1.5 | 0.50 | 33.23 | 16.62 |
| SDiff 1.0 | 1.00 | 1.15 | 1.16 |
| SDiff 1.5 | 0.50 | 1.73 | 0.87 |
| SDiff 1.0-Mandated | 57.00 | 1.15 | 65.56 |
| Annual Leave Pay | 2.00 | 22.15 | 44.30 |
| Holiday/Comp lieu Holiday | 15.00 | 22.15 | 332.26 |

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| Federal Withholding Tax | 147.33 | 147.33 |
| TX EE Social Security Tax | 106.21 | 106.21 |
| TX EE Medicare Tax | 24.84 | 24.84 |
| State Withholding-State of Pennsylv | 52.59 | 52.59 |
| TX EE Unemployment Tax | 1.06 | 1.06 |
| Local Serv Tax-Texas Wayne Hghlnds | 10.00 | 10.00 |
| AFSCME - 13 Union Dues | 24.92 | 24.92 |
| State Emp Ret | 110.48 | 110.48 |
| EE PreTx MED Pct | 41.53 | 41.53 |
| MED Buy Up/Base Cost | 13.02 | 13.02 |
| TOTAL DEDUCTIONS | 531.98 | 531.98 |

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|
| TOTAL REIMBURSEMENTS | | |

| TOTAL EARNINGS | | | 1,767.62 |
|---|---|---|---|
| SERVICE CREDIT | | 06 YR | 23 PP |

SENIORITY INFORMATION
Bargaining Unit Days: AFSCME AGREEMENT 1847.00

| EMPLOYER PAID BENEFITS | THIS PAY |
|---|---|
| TX ER Social Security Tax | 106.21 |
| TX ER Medicare Tax | 24.84 |
| ER Basic Life | 4.16 |
| State Emp Ret | 450.21 |
| Annuitant Med Hospital | 230.00 |
| ER Workers Comp Benefit | 43.37 |
| PR Choice PPO | 502.00 |
| TOTAL BENEFITS | 1,360.79 |

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 53.21 | 7.99 | 0.00 |
| Accrual This PP | 5.49 | 3.18 | 0.00 |
| Absence Reported This PP | 2.00 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 56.70 | 11.17 | 0.00 |

ACCRUAL RATE: ANNUAL  7.32 % SICK  4.24 %

FWT Taxable Gross:  1,602.59

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday. The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

*\* Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission, Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                         Period Ending  01/15/2021    Pay Date 01/29/2021

Christopher J Curry                Organizational Unit Name: TR Wayne Co           CDC Code: 0008888
117 Historic Drive                 B/U: J1  Group: 04  Level: 11
Lakeville, PA 18438                FWT Marital Status: S
                                   No. Exemptions / Allowances: 01

| | | | EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| **GROSS EARNINGS YEAR TO DATE** | | 3,941.34 | Normal working hours | 59.50 | 22.15 | 1,317.91 |
| **NET PAY** | | THIS PAY | OT 1.0 | 2.50 | 22.15 | 55.38 |
| THE DIME BANK | | 1,526.91 | OT 1.5 | 8.50 | 33.23 | 282.46 |
| | | | OT 2.0 | 2.00 | 44.30 | 88.60 |
| | | | SDiff 1.0 | 2.50 | 1.15 | 2.88 |
| | | | SDiff 1.5 | 8.50 | 1.73 | 14.71 |
| **TOTAL NET** | | 1,526.91 | SDiff 1.0-Mandated | 59.50 | 1.15 | 68.44 |
| **DEDUCTIONS** | THIS PAY | YTD | Annual Leave Pay | 15.50 | 22.15 | 343.34 |
| Federal Withholding Tax | 203.00 | 350.33 | | | | |
| TX EE Social Security Tax | 131.39 | 237.60 | | | | |
| TX EE Medicare Tax | 30.73 | 55.57 | | | | |
| State Withholding-State of Pennsylv | 65.06 | 117.65 | | | | |
| TX EE Unemployment Tax | 1.30 | 2.36 | | | | |
| AFSCME - 13 Union Dues | 24.92 | 49.84 | | | | |
| State Emp Ret | 135.86 | 246.34 | | | | |
| EE PreTx MED Pct | 41.53 | 83.06 | | | | |
| MED Buy Up/Base Cost | 13.02 | 26.04 | | | | |
| **TOTAL DEDUCTIONS** | 646.81 | 1,168.79 | | | | |
| **REIMBURSEMENTS** | THIS PAY | YTD | **TOTAL EARNINGS** | | | 2,173.72 |
| | | | SERVICE CREDIT | 06 YR | 24 PP | |

SENIORITY INFORMATION
Bargaining Unit Days: AFSCME AGREEMENT 1857.00

**TOTAL REIMBURSEMENTS**

| EMPLOYER PAID BENEFITS | THIS PAY | | ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|---|---|---|
| TX ER Social Security Tax | 131.39 | | Quota Last Stmnt | 56.70 | 11.17 | 0.00 |
| TX ER Medicare Tax | 30.73 | | Accrual This PP | 5.49 | 3.18 | 0.00 |
| ER Basic Life | 4.16 | | Absence Reported This PP | 15.50 | 0.00 | 0.00 |
| State Emp Ret | 553.65 | | Adjustment | 3.75 | 0.00 | 0.00 |
| Annuitant Med Hospital | 230.00 | | Quota This Stmnt | 50.44 | 14.35 | 0.00 |
| ER Workers Comp Benefit | 53.33 | | ACCRUAL RATE: ANNUAL  7.32 %  SICK  4.24 % | | | |
| PR Choice PPO | 502.00 | | | | | |
| **TOTAL BENEFITS** | 1,505.26 | | | | | |

FWT Taxable Gross:  1,983.31



# Commonwealth of Pennsylvania
### EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.
The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

*\* Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,
Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

| Personnel No. 00699670 | Transportation | | Period Ending 01/29/2021 | Pay Date 02/12/2021 |
|---|---|---|---|---|
| Christopher J Curry | | Organizational Unit Name: TR Wayne Co | | CDC Code: 0008888 |
| 117 Historic Drive | | B/U: J1  Group: 04  Level: 11 | | |
| Lakeville, PA 18438 | | FWT Marital Status: S | | |
| | | No. Exemptions / Allowances: 01 | | |

| GROSS EARNINGS YEAR TO DATE | | 5,791.15 |
|---|---|---|
| **NET PAY** | | **THIS PAY** |
| THE DIME BANK | | 1,324.36 |
| **TOTAL NET** | | **1,324.36** |

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Difference prev. Period | | | 0.75 |
| Normal working hours | 52.50 | 22.15 | 1,162.87 |
| OT 1.0 | 1.00 | 22.15 | 22.15 |
| OT 1.5 | 3.00 | 33.23 | 99.69 |
| SDiff 1.0 | 1.00 | 1.15 | 1.15 |
| SDiff 1.5 | 3.00 | 1.73 | 5.19 |
| SDiff 1.0-Mandated | 52.50 | 1.15 | 60.38 |
| Emergency Sick | 15.00 | 22.15 | 332.25 |
| Holiday/Comp lieu Holiday | 7.50 | 22.15 | 166.13 |

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| Federal Withholding Tax | 158.32 | 507.90 |
| TX EE Social Security Tax | 111.31 | 348.91 |
| TX EE Medicare Tax | 26.03 | 81.60 |
| State Withholding-State of Pennsylv | 55.11 | 172.76 |
| TX EE Unemployment Tax | 1.11 | 3.47 |
| AFSCME - 13 Union Dues | 24.92 | 74.76 |
| State Emp Ret | 94.85 | 341.19 |
| EE PreTx MED Pct | 41.53 | 124.59 |
| MED Buy Up/Base Cost | 13.02 | 39.06 |
| **TOTAL DEDUCTIONS** | **526.20** | **1,694.24** |

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|
| **TOTAL REIMBURSEMENTS** | | |

| TOTAL EARNINGS | | | 1,850.56 |
|---|---|---|---|
| **SERVICE CREDIT** | 06 YR | 25 PP | |

**SENIORITY INFORMATION**
Bargaining Unit Days: AFSCME AGREEMENT 1867.00

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 50.44 | 14.35 | 0.00 |
| Accrual This PP | 5.49 | 3.18 | 0.00 |
| Absence Reported This PP | 0.00 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 55.93 | 17.53 | 0.00 |
| ACCRUAL RATE: ANNUAL  7.32 %  SICK  4.24 % | | | |

| EMPLOYER PAID BENEFITS | THIS PAY |
|---|---|
| TX ER Social Security Tax | 111.31 |
| TX ER Medicare Tax | 26.03 |
| ER Basic Life | 4.16 |
| State Emp Ret | 386.52 |
| ER Workers Comp Benefit | 45.39 |
| PR Choice PPO | 502.00 |
| **TOTAL BENEFITS** | **1,075.41** |

FWT Taxable Gross:  1,700.41

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.*
*The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

*\* Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,*
*Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                                             Period Ending 02/12/2021    Pay Date 02/26/2021

Christopher J Curry                Organizational Unit Name: TR Wayne Co                              CDC Code: 0008888
117 Historic Drive                 B/U: J1  Group: 04  Level: 11
Lakeville, PA 18438                FWT Marital Status: S
                                   No. Exemptions / Allowances: 01

| | | | EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| **GROSS EARNINGS YEAR TO DATE** | | 7,754.93 | Normal working hours | 30.00 | 22.15 | 664.49 |
| **NET PAY** | | **THIS PAY** | OT 1.0 | 1.00 | 22.15 | 22.15 |
| THE DIME BANK | | 1,432.77 | OT 1.5 | 7.00 | 33.23 | 232.61 |
| | | | SDiff 1.0 | 1.00 | 1.15 | 1.15 |
| | | | SDiff 1.5 | 7.00 | 1.73 | 12.11 |
| | | | SDiff 1.0-Mandated | 30.00 | 1.15 | 34.51 |
| **TOTAL NET** | | 1,432.77 | Annual Leave Pay | 7.50 | 22.15 | 166.13 |
| **DEDUCTIONS** | **THIS PAY** | **YTD** | Emergency Sick | 37.50 | 22.15 | 830.63 |
| Federal Withholding Tax | 174.88 | 682.78 | | | | |
| TX EE Social Security Tax | 118.37 | 467.28 | | | | |
| TX EE Medicare Tax | 27.68 | 109.28 | | | | |
| State Withholding-State of Pennsylv | 58.61 | 231.37 | | | | |
| TX EE Unemployment Tax | 1.18 | 4.65 | | | | |
| AFSCME - 13 Union Dues | 24.92 | 99.68 | | | | |
| State Emp Ret | 70.82 | 412.01 | | | | |
| EE PreTx MED Pct | 41.53 | 166.12 | | | | |
| MED Buy Up/Base Cost | 13.02 | 52.08 | | | | |
| **TOTAL DEDUCTIONS** | 531.01 | 2,225.25 | | | | |
| **REIMBURSEMENTS** | **THIS PAY** | **YTD** | | | | |
| | | | **TOTAL EARNINGS** | | | 1,963.78 |
| | | | **SERVICE CREDIT** | 07 YR | 00 PP | |

SENIORITY INFORMATION
Bargaining Unit Days: AFSCME AGREEMENT 1877.00

TOTAL REIMBURSEMENTS

| EMPLOYER PAID BENEFITS | | THIS PAY |
|---|---|---|
| TX ER Social Security Tax | | 118.37 |
| TX ER Medicare Tax | | 27.68 |
| ER Basic Life | | 4.16 |
| State Emp Ret | | 288.61 |
| ER Workers Comp Benefit | | 48.18 |
| PR Choice PPO | | 502.00 |

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 52.18 | 17.53 | 0.00 |
| Accrual This PP | 5.49 | 3.18 | 0.00 |
| Absence Reported This PP | 7.50 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 50.17 | 20.71 | 0.00 |

ACCRUAL RATE: ANNUAL   7.32 %  SICK   4.24 %

**TOTAL BENEFITS**   989.00

FWT Taxable Gross:  1,838.41

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.
The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

\* Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,
Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                                    Period Ending 02/26/2021    Pay Date 03/12/2021

Christopher J Curry
117 Historic Drive
Lakeville, PA 18438

Organizational Unit Name: TR Wayne Co
B/U: J1   Group: 04   Level: 11
FWT Marital Status: S
No. Exemptions / Allowances: 01

CDC Code: 0008888

| GROSS EARNINGS YEAR TO DATE | | 9,567.22 |
|---|---|---|
| **NET PAY** | | **THIS PAY** |
| THE DIME BANK | | 1,278.42 |
| **TOTAL NET** | | **1,278.42** |

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| Federal Withholding Tax | 151.61 | 834.39 |
| TX EE Social Security Tax | 108.98 | 576.26 |
| TX EE Medicare Tax | 25.49 | 134.77 |
| State Withholding-State of Pennsylv | 53.96 | 285.33 |
| TX EE Unemployment Tax | 1.09 | 5.74 |
| AFSCME - 13 Union Dues | 24.92 | 124.60 |
| State Emp Ret | 113.27 | 525.28 |
| EE PreTx MED Pct | 41.53 | 207.65 |
| MED Buy Up/Base Cost | 13.02 | 65.10 |
| **TOTAL DEDUCTIONS** | **533.87** | **2,759.12** |

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|
| **TOTAL REIMBURSEMENTS** | | |

| EMPLOYER PAID BENEFITS | | THIS PAY |
|---|---|---|
| TX ER Social Security Tax | | 108.98 |
| TX ER Medicare Tax | | 25.49 |
| ER Basic Life | | 4.16 |
| State Emp Ret | | 461.59 |
| ER Workers Comp Benefit | | 44.47 |
| PR Choice PPO | | 502.00 |
| **TOTAL BENEFITS** | | **1,146.69** |

FWT Taxable Gross: 1,644.47

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Normal working hours | 30.00 | 22.15 | 664.50 |
| OT 1.0 | 0.50 | 22.15 | 11.08 |
| OT 1.5 | 3.00 | 33.23 | 99.69 |
| SDiff 1.0 | 0.50 | 1.15 | 0.58 |
| SDiff 1.5 | 3.00 | 1.73 | 5.19 |
| SDiff 1.0-Mandated | 30.00 | 1.15 | 34.50 |
| Annual Leave Pay | 37.50 | 22.15 | 830.63 |
| Holiday/Comp lieu Holiday | 7.50 | 22.15 | 166.12 |

| TOTAL EARNINGS | | 1,812.29 |
|---|---|---|
| **SERVICE CREDIT** | 07 YR   01 PP | |

**SENIORITY INFORMATION**
Bargaining Unit Days: AFSCME AGREEMENT 1887.00

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 50.17 | 20.71 | 0.00 |
| Accrual This PP | 5.49 | 3.18 | 0.00 |
| Absence Reported This PP | 37.50 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 18.16 | 23.89 | 0.00 |
| ACCRUAL RATE: ANNUAL 7.32 %   SICK 4.24 % | | | |



# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday.
The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

*\* Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission,
Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

| Personnel No. 00699670 | Transportation | | Period Ending 03/12/2021 | Pay Date 03/26/2021 |

Christopher J Curry
117 Historic Drive
Lakeville, PA 18438

Organizational Unit Name: TR Wayne Co
B/U: J1   Group: 04   Level: 11
FWT Marital Status: S
No. Exemptions / Allowances: 01

CDC Code: 0008888

| GROSS EARNINGS YEAR TO DATE | 9,600.45 |
|---|---|
| NET PAY | THIS PAY |

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| OT 1.0 | 1.50 | 22.15 | 33.23 |
| Leave w/out Pay-AbsenceAp | 75.00 | 22.15 | |

**TOTAL NET**

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| TX EE Social Security Tax | 0.14 | 576.40 |
| TX EE Medicare Tax | 0.03 | 134.80 |
| State Withholding-State of Pennsylv | 0.07 | 285.40 |
| TX EE Unemployment Tax | 0.02 | 5.76 |
| State Emp Ret | 2.08 | 527.36 |
| EE PreTx MED Pct | 30.89 | 238.54 |

| TOTAL DEDUCTIONS | 33.23 | 1,768.26 |
|---|---|---|

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|

| TOTAL EARNINGS | | 33.23 |
|---|---|---|
| **SERVICE CREDIT** | 07  YR   01  PP | |

**SENIORITY INFORMATION**
Bargaining Unit Days: AFSCME AGREEMENT 1887.00

**TOTAL REIMBURSEMENTS**

| EMPLOYER PAID BENEFITS | THIS PAY |
|---|---|
| TX ER Social Security Tax | 0.14 |
| TX ER Medicare Tax | 0.03 |
| ER Basic Life | 4.16 |
| State Emp Ret | 8.46 |
| ER Workers Comp Benefit | 0.82 |
| PR Choice PPO | 502.00 |

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 18.16 | 23.89 | 0.00 |
| Accrual This PP | 0.00 | 0.00 | 0.00 |
| Absence Reported This PP | 0.00 | 0.00 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 18.16 | 23.89 | 0.00 |

ACCRUAL RATE: ANNUAL   7.32 % SICK   4.24 %

| TOTAL BENEFITS | 515.61 |
|---|---|
| FWT Taxable Gross: | 0.26 |

# Commonwealth of Pennsylvania
### EMPLOYEE PAY STATEMENT

*If you have any questions, please call the HR Service Center\* at 866.377.2672 from 7:00 a.m. to 5:00 p.m., Monday through Friday. The HR Service Center provides PA Relay service for hearing impaired employees who dial 711. Language interpreters are available by request.*

\* *Employees of the Liquor Control Board, Office of the Attorney General, Gaming Control Board, Public Utility Commission, Auditor General and all other agencies not under the Governor's jurisdiction should contact their local HR office for assistance.*

CHRISTOPHER J CURRY
117 HISTORIC DRIVE
LAKEVILLE, PA 18438

Personnel No. 00699670    Transportation                                    Period Ending 03/26/2021    Pay Date 04/09/2021

Christopher J Curry
117 Historic Drive
Lakeville, PA 18438

Organizational Unit Name: TR Wayne Co
B/U: J1   Group: 04   Level: 11
FWT Marital Status: S
No. Exemptions / Allowances: 01

CDC Code: 0008888

| | | |
|---|---|---|
| **GROSS EARNINGS YEAR TO DATE** | | 9,766.58 |
| **NET PAY** | | **THIS PAY** |
| THE DIME BANK | | 64.12 |
| **TOTAL NET** | | 64.12 |

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sick Leave Pay | 7.50 | 22.15 | 166.13 |
| Leave w/out Pay-AbsenceAp | 67.50 | 22.15 | |

| DEDUCTIONS | THIS PAY | YTD |
|---|---|---|
| TX EE Social Security Tax | 6.26 | 582.66 |
| TX EE Medicare Tax | 1.47 | 136.27 |
| State Withholding-State of Pennsylv | 3.10 | 288.50 |
| TX EE Unemployment Tax | 0.10 | 5.86 |
| AFSCME - 13 Union Dues | 2.49 | 127.09 |
| State Emp Ret | 10.38 | 537.74 |
| EE Expensive PI BuyUp | 13.02 | 13.02 |
| EE PreTx MED Pct | 52.17 | 290.71 |
| MED Buy Up/Base Cost | 13.02 | 78.12 |
| **TOTAL DEDUCTIONS** | **102.01** | **2,059.97** |

| REIMBURSEMENTS | THIS PAY | YTD |
|---|---|---|
| **TOTAL REIMBURSEMENTS** | | |

| EMPLOYER PAID BENEFITS | THIS PAY |
|---|---|
| TX ER Social Security Tax | 6.26 |
| TX ER Medicare Tax | 1.47 |
| ER Basic Life | 4.16 |
| State Emp Ret | 42.31 |
| ER Workers Comp Benefit | 4.08 |
| PR Choice PPO | 502.00 |
| **TOTAL BENEFITS** | **560.28** |

FWT Taxable Gross:   90.56

**TOTAL EARNINGS**   166.13

**SERVICE CREDIT**   07 YR   02 PP

**SENIORITY INFORMATION**
Bargaining Unit Days: AFSCME AGREEMENT 1888.00

| ABSENCE ACTIVITY | ANNUAL | SICK | PERSONAL |
|---|---|---|---|
| Quota Last Stmnt | 18.16 | 23.89 | 0.00 |
| Accrual This PP | 0.55 | 0.32 | 0.00 |
| Absence Reported This PP | 0.00 | 7.50 | 0.00 |
| Adjustment | 0.00 | 0.00 | 0.00 |
| Quota This Stmnt | 18.71 | 16.71 | 0.00 |

ACCRUAL RATE: ANNUAL   7.32 %   SICK   4.24 %