Certificate Number: 15317-PAM-DE-035796699

Bankruptcy Case Number: 21-00847


15317-PAM-DE-035796699

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 28, 2021, at 7:34 o'clock AM PDT, Christopher J Curry completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 29, 2021   By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor