United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                       Case No. 21-00847-HWV

Christopher J. Curry                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                                       Page 1 of 1

Date Rcvd: Jun 28, 2021                      Form ID: ntcltrdb                                    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5403751 | Sandy Shore Property Owners Association, P.O. Box 99, Lakeville, PA 18438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Christopher J. Curry tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Christopher J. Curry, <br> aka Christopher Curry, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−00847−HWV |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#2) has been filed by the Debtor on behalf of Sandy Shore POA in the amount of $1,500.00.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 28, 2021 |

ntcltrdb 05/18