# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**CHRISTOPHER J. CURRY**

* Debtor(s)

Case Number: **5-21-00847**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 8, 2021

SIGNED: *Lisa Manchak*

TITLE: /s/Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher J. Curry,
aka Christopher Curry,

**Debtor 1**

Chapter 13

Case No. 5:21-bk-00847-HWV

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on April 16, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: July 2, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

orcnfpln(05/18)

Commonwealth Health
P.O. Box 1022
Wixom, MI 48393

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

Sandy Shore Water Co., Inc.
PO Box 150
Honesdale, PA 18431

PPL Electric Utilities
827 Hausman Rd.
Allentown, PA 18104

NewRez LLC DBA Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

Professional Account Services Inc
PO Box 188
Brentwood, TN 37024

Sandy Shore Property Owners Association
P.O. Box 99
Lakeville, PA 18438

Regional Hospital of Scranton
746 Jefferson Ave.
Scranton, PA 18510

Shellpoint Mortgage Servicing
55 Beattie Pl., Ste. 600
Greenville, SC 29601

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

Jack N Zaharopoulos
ATTN Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Radiology Affiiates of Central NJ
P.O. Box 787512
Philadelphia, PA 19178