IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christopher J. Curry<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 21-00847 MJC |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE in the above captioned matter.

POWERS KIRN, LLC

By: **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: January 25, 2022