UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

CHRISTOPHER J. CURRY

* Debtor(s)

Case Number: 5-21-00847
Chapter: 13

## AMENDED CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice, Motion to Suspend and proposed Order was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: September 13, 2022

SIGNED: *Lisa Manchak*

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

IN RE: :
CHRISTOPHER J. CURRY : CHAPTER 13
: CASE NO. 5-21-00847
Debtor :

***

CHRISTOPHER J. CURRY :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

***

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

***

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **October 4, 2022.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: September 13, 2022

Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtors/Movants
381 N. 9th Avenue
Scranton, PA 18504

Clerk, U.S. Bankruptcy Court
197 South Main Street
Wilkes-Barre, PA 18701

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
IN RE:                          :
CHRISTOPHER J. CURRY            :   CHAPTER 13
                                :   CASE NO. 5-21-00847
                Debtor          :

CHRISTOPHER J. CURRY            :
                                :
                MOVANT          :
        VS.                     :
JACK N. ZAHAROPOULOS ESQ.       :
                RESPONDENT      :
```

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

AND NOW COMES, the Debtor, Christopher J. Curry, by and through their attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on April 16, 2021.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $360.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor has experienced a temporary decrease in monthly income.

4. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of three (3) months or earlier starting in the month of July 2022. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least three (3) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: September 12, 2022         /s/Tullio DeLuca
                                  Tullio DeLuca, Esquire
                                  PA ID # 59887
                                  381 N. 9th Avenue
                                  Scranton, Pa 18504
                                  (570) 347-7764
                                  Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>CHRISTOPHER J. CURRY<br>Debtor | CHAPTER 13<br>CASE NO. 5-21-00847 |
| CHRISTOPHER J. CURRY<br>MOVANT<br>VS.<br>JACK N. ZAHAROPOULOS ESQ.<br>RESPONDENT | |

## ORDER

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months from July 2022 through September 2022 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the three (3) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

Commonwealth Health
P.O. Box 1022
Wixom, MI 48393

PA Department of Revenue
Bankruptcy Division
P.O. Box 260946
Harrisburg, PA 17128

Sandy Shore Water Co., Inc.
PO Box 150
Honesdale, PA 18431

PPL Electric Utilities
827 Hausman Rd.
Allentown, PA 18104

NewRez LLC DBA Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603

Professional Account Services Inc
PO Box 188
Brentwood, TN 37024

Sandy Shore Property Owners Association
P.O. Box 99
Lakeville, PA 18438

Regional Hospital of Scranton
746 Jefferson Ave.
Scranton, PA 18510

Shellpoint Mortgage Servicing
55 Beattie Pl., Ste. 600
Greenville, SC 29601

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

Jack N Zaharopoulos
ATTN Chapter 13 Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Radiology Affiliates of Central NJ
P.O. Box 787512
Philadelphia, PA 19178