UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

CHRISTOPHER J. CURRY

* Debtor(s)

Case Number: 5-21-00847
Chapter: 13

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Notice, Motion to Suspend and proposed Order was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: November 2, 2022

SIGNED: Lisa Manchak

TITLE: /s/Legal Assistant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: : | |
| CHRISTOPHER J. CURRY : | CHAPTER 13 |
| : | CASE NO. 5-21-00847 |
| Debtor : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHRISTOPHER J. CURRY :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **November 23, 2022.** If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| Date: November 2, 2022 | Clerk, U.S. Bankruptcy Court |
| | 197 South Main Street |
| Tullio DeLuca, Esquire | Wilkes-Barre, PA 18701 |
| PA ID# 59887 | |
| Attorney for Debtors/Movants | |
| 381 N. 9th Avenue | |
| Scranton, PA 18504 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************

| | |
|---|---|
| IN RE: | : |
| CHRISTOPHER J. CURRY | : CHAPTER 13 |
| | : CASE NO. 5-21-00847 |
| Debtor | : |

*******************************************************************

| | |
|---|---|
| CHRISTOPHER J. CURRY | : |
| | : |
| MOVANT | : |
| VS. | : |
| JACK N. ZAHAROPOULOS ESQ. | : |
| RESPONDENT | : |

*******************************************************************

## MOTION TO SUSPEND TEMPORARILY TRUSTEE PAYMENTS

*******************************************************************

AND NOW COMES, the Debtor, Christopher J. Curry, by and through their attorney, Tullio DeLuca, Esquire, and respectfully represents:

1. That the Debtor filed a Chapter 13 Petition on April 16, 2021.

2. That Debtor's Chapter 13 Plan provides for monthly payments of $360.00 to the Chapter 13 Trustee to pay attorney and Trustee fees and secured creditors.

3. Debtor has experienced a temporary decrease in monthly income.

4. Therefore, Debtor is not in a position to make the Trustee payments until his immediate problem stabilizes and regains income to satisfy the Chapter 13 Plan.

5. In light of the above Debtor requests a Temporary Suspension of his Trustee payments for a period of two (2) months or earlier starting in the month of November 2022. If Debtor's immediate problem stabilizes, Debtor will commence Trustee payments sooner.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order allowing for a suspension of Trustee's monthly payments for a period of at least two (2) months and directing the Debtor to commence making monthly payments sooner if Debtor's immediate problem stabilizes.

Respectfully submitted,

Dated: November 2, 2022          /s/Tullio DeLuca
                                 Tullio DeLuca, Esquire
                                 PA ID # 59887
                                 381 N. 9th Avenue
                                 Scranton, Pa 18504
                                 (570) 347-7764
                                 Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

IN RE:
CHRISTOPHER J. CURRY

Debtor

CHAPTER 13
CASE NO. 5-21-00847

***

CHRISTOPHER J. CURRY

MOVANT
VS.
JACK N. ZAHAROPOULOS ESQ.
RESPONDENT

***

## ORDER

***

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Debtor's Motion to Suspend Temporarily Trustee Payments is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of two (2) months from November 2022 through December 2022 due to loss of income and it is further ordered that if the Debtor return to gainful employment prior to the two (2) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

| | | |
|---|---|---|
| Commonwealth Health<br>P.O. Box 1022<br>Wixom, MI 48393 | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128 | Sandy Shore Water Co., Inc.<br>PO Box 150<br>Honesdale, PA 18431 |
| PPL Electric Utilities<br>827 Hausman Rd.<br>Allentown, PA 18104 | NewRez LLC DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603 | Professional Account Services Inc<br>PO Box 188<br>Brentwood, TN 37024 |
| Sandy Shore Property Owners Association<br>P.O. Box 99<br>Lakeville, PA 18438 | Regional Hospital of Scranton<br>746 Jefferson Ave.<br>Scranton, PA 18510 | Shellpoint Mortgage Servicing<br>55 Beattie Pl., Ste. 600<br>Greenville, SC 29601 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106 | Jack N Zaharopoulos<br>ATTN Chapter 13 Trustee<br>8125 Adams Drive Suite A<br>Hummelstown, PA 17036 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |
| Radiology Affiiates of Central NJ<br>P.O. Box 787512<br>Philadelphia, PA 19178 | | |