# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

November 9, 2022

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: Christopher J. Curry
Case No. 5-21-00847

Dear Sir/Madam:

I have received returned mail for Sandy Shore Water Co., In , a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 150, Honesdale, PA 18431. The correct information is as follows:

Sandy Shore Water Co., Inc.
PO Box 150
Honesdale, PA 18431

I served the Notice and Motion to Suspend Trustee Payments at the above address on November 2, 2022. Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/km