U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Christopher J. Curry, Case Number: 21-00847, MJC, Ref: [p-187179752]

From: USBankruptcyCourts@noticingcenter.com (usbankruptcycourts@noticingcenter.com)

To: tullio.deluca@verizon.net

Date: Thursday, December 8, 2022 at 01:28 PM EST

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 9, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Christopher J. Curry, Case Number 21-00847, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

---

Undeliverable Address:
Sandy Shore Water Co., Inc.
PO Box 150
Honesdale, PA 18431

Role type/cr id: 5407710
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 99 LAKESIDE RD, LAKEVILLE PA 18438-4048 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*PO Box 99, Lakeville PA 18438-4048* [handwritten]

_____     12/9/25?
Signature of Debtor or Debtor's Attorney     Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

📄 B_P52100847pdf0100195.PDF
113kB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************************

IN RE:
CHRISTOPHER J. CURRY : CHAPTER 13
: CASE NO. 5-21-00847-MJC
Debtor :

*************************************************************************************

CHRISTOPHER J. CURRY :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

*************************************************************************************

**ORDER**

*************************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 45 ("Motion"), it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Motion is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of two (2) months from November 2022 through December 2022 due to loss of income; and it is further **ORDERED** that if the Debtor returns to gainful employment prior to the two (2) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 1, 2022