United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                             Case No. 21-00847-MJC
Christopher J. Curry                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                      User: AutoDocke                                               Page 1 of 2
Date Rcvd: Dec 07, 2022                              Form ID: pdf010                                             Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5403745 | | Commonwealth Health, P.O.Box 1022, Wixom, MI 48393-1022 |
| 5403747 | | PPL Electric Utilities, 827 Hausman Rd., Allentown, PA 18104-9392 |
| 5403749 | | Radiology Affiiates of Central NJ, P.O. Box 787512, Philadelphia, PA 19178-7512 |
| 5403750 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 5403751 | | Sandy Shore Property Owners Association, P.O. Box 99, Lakeville, PA 18438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5414102 | Email/Text: mtgbk@shellpointmtg.com | Dec 07 2022 18:45:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 5403748 | Email/Text: pasi_bankruptcy@chs.net | Dec 07 2022 18:45:00 | Professional Account Services, Inc., P.O. Box 188, Brentwood, TN 37024 |
| 5403752 | Email/Text: mtgbk@shellpointmtg.com | Dec 07 2022 18:45:00 | Shellpoint Mortgage Servicing, 55 Beattie Pl., Ste. 600, Greenville, SC 29601-2165 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5407710 | ##+ | Sandy Shore Water Co., Inc., PO Box 150, Honesdale, PA 18431-0150 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022                                        Signature:                 /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BARCLAYS MORTGAGE TRUST 2021-NPL1 MORTGAGE-BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| Tullio DeLuca | on behalf of Debtor 1 Christopher J. Curry tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*******************************************************************************

IN RE: :
CHRISTOPHER J. CURRY : CHAPTER 13
: CASE NO. 5-21-00847-MJC
Debtor :

*******************************************************************************

CHRISTOPHER J. CURRY :
:
MOVANT :
VS. :
JACK N. ZAHAROPOULOS ESQ. :
RESPONDENT :

*******************************************************************************

## ORDER

*******************************************************************************

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtor's Motion to Suspend Temporarily Trustee Payments, Dkt. # 45 ("Motion"), it is hereby **ORDERED, ADJUDGED AND DECREED** by this Honorable Court that the Motion is granted and the Debtor is allowed to suspend payments to the Chapter 13 Trustee for a period of two (2) months from November 2022 through December 2022 due to loss of income; and it is further **ORDERED** that if the Debtor returns to gainful employment prior to the two (2) month period, Debtor is ordered to commence making monthly payments to the Chapter 13 Trustee.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: December 1, 2022