# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

January 4, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Christopher J. Curry
            Chapter 13 bankruptcy
            Case No. 5:21-bk-00847

Dear Sir/Madam:

    I have received returned mail for **Commonwealth Health** creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: P.O. Box 1022 Wixom, MI 48393-1022 correct information is as follows:

        Commonwealth Health
        700 Quincy Ave
        Scranton, PA 18510

I served the Order to Motion to Suspend case at the above address on November 2, 2022. Please correct the mailing matrix.

Thank you for assistance in this matter.

        Very truly yours,

        *Tullio DeLuca/km*

        /s/ Tullio DeLuca, Esquire

TD/km